# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY WAYNE MILLER,<br><br>                               Plaintiff,<br>vs.<br><br>OCEANSIDE POLICE DEPARTMENT and DRUG ENFORCEMENT AGENCY,<br><br>                              Defendants. | CASE NO. 09 CV 2265 JM (BLM)<br><br>**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS DEFENDANT DRUG ENFORCEMENT AGENCY; DENYING MOTION TO DISMISS AS MOOT**<br><br>Doc. Nos. 31, 37 |

      Pending before the court is Plaintiff's "Motion to Dismiss Plaintiff's Complaint to Set Aside Forfeiture." (Doc. No. 37). The court construes this as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A). As Defendant Drug Enforcement Agency has filed neither an answer nor a motion for summary judgment, Plaintiff may dismiss the action without prejudice against them as a matter of course. *See* Fed. R. Civ. P. 41(a)(1)(B).

1 | The court hereby orders that Defendant Drug Enforcement Agency be DISMISSED from the
2 | action. Accordingly, Defendant Drug Enforcement Agency's motion to dismiss (Doc. No. 31) is
3 | DENIED as moot.

**IT IS SO ORDERED.**

DATED: December 9, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge