# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

BILLY WAYNE MILLER

　　　　　　　　V.

OCEANSIDE POLICE DEPARTMENT and
DRUG ENFORCEMENT AGENCY,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09 CV 2265 JM (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the court hereby grants Defendant Oceanside Police Department's motion to dismiss................................
................................................................................................................................................................

| December 11, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON December 11, 2009

09 CV 2265 JM (BLM)